UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARTINA INUMIDUN IWALA,

                Plaintiff,

-against-

NEW YORK CITY POLICE DEPARTMENT 032 PRECINT; ALEX YAKATALLY; DANIEL GINES SHIELD 19125; STEVEN MAZZAMUTO OR UNNAMED ACTOR SHIELD NUMBER 2775; JENNIFER GARCIA SHIELD 5765; BRANDON JAIRAM SHIELD 20545,

                Defendants.

23-CV-5078 (LTS)

ORDER OF DISMISSAL

---

LAURA TAYLOR SWAIN, Chief United States District Judge:

    By order dated April 15, 2024, the Court directed Plaintiff to file an amended complaint within sixty days. Plaintiff requested an extension of time to comply with the order, and on June 21, 2024, the Court granted Plaintiff an additional 45 days to file an amended complaint. Both orders specified that failure to file an amended complaint within the time allowed would result in dismissal of the action. (ECF 5, 7.) Plaintiff has not filed an amended complaint or otherwise communicated with the Court. Accordingly, the complaint, filed *in forma pauperis* (IFP) under 28 U.S.C. § 1915(a)(1), is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii).

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

2

      The Clerk of Court is directed to enter judgment in this case.

SO ORDERED.

Dated:   September 13, 2024
           New York, New York

                                              /s/ Laura Taylor Swain
                                              LAURA TAYLOR SWAIN
                                            Chief United States District Judge