UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARTINA INUMIDUN IWALA,<br><br>      Plaintiff,<br><br>    -against-<br><br>NEW YORK CITY POLICE DEPARTMENT 032 PRECINT; ALEX YAKATALLY; DANIEL GINES SHIELD 19125; STEVEN MAZZAMUTO OR UNNAMED ACTOR SHIELD NUMBER 2775; JENNIFER GARCIA SHIELD 5765; BRANDON JAIRAM SHIELD 20545,<br><br>      Defendants. | 23-CV-5078 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the September 13, 2024, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated: September 13, 2024
     New York, New York

                 /s/ Laura Taylor Swain
                 LAURA TAYLOR SWAIN
              Chief United States District Judge