UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARTINA INUMIDUN IWALA,

Plaintiff,

-against-

CITY OF NEW YORK, ET AL.,

Defendants.

23-CV-5078 (LTS)

ORDER TO AMEND

LAURA TAYLOR SWAIN, Chief United States District Judge:

On June 15, 2023, Plaintiff filed this action *pro se* and *in forma pauperis* ("IFP"), regarding events allegedly occurring on October 18, 2022, and June 1, 2023. (ECF 1.) By order dated April 15, 2024, the Court: (1) construed the complaint as asserting false arrest claims under 42 U.S.C. § 1983; (2) directed Plaintiff to file an amended complaint within 60 days; and (3) warned Plaintiff that failure to timely comply or to show good cause for such failure would result in dismissal of the action. (ECF 5.) On June 17, 2024, Plaintiff requested an extension of time. (ECF 6.) On June 21, 2024, the Court granted Plaintiff an additional 45 days to file an amended complaint and reiterated the warning about the consequences of failing to timely comply. (ECF 7 at 1.) Plaintiff did not file an amended complaint or otherwise communicate with the Court, and by order dated September 12, 2024, and civil judgment entered September 13, 2024, the Court dismissed this action. (ECF 8, 9.) Fourteen months later, on November 11, 2025, Plaintiff filed a motion to reopen the matter, pursuant to Federal Rule of Civil Procedure 60(b)(6). (ECF 14.) By order dated August 21, 2026, the Court granted the motion, and the matter was reopened. (ECF 15.)

The Court grants Plaintiff leave to file an amended complaint solely regarding the events occurring on October 18, 2022, and June 1, 2023. Plaintiff is instructed to only name as

Defendants those persons and/or entities involved in those events.[1] The Court directs Plaintiff to file an amended complaint within 60 days from the date of this order.

In the "Statement of Claim" section of the amended complaint form, Plaintiff must provide a short and plain statement of the relevant facts supporting each claim against each defendant. If Plaintiff has an address for any named defendant, Plaintiff must provide it. Plaintiff should include all of the information in the amended complaint that Plaintiff wants the Court to consider in deciding whether the amended complaint states a claim for relief. That information should include:

a) the names and titles of all relevant people;

b) a description of all relevant events, including what each defendant did or failed to do, the approximate date and time of each event, and the general location where each event occurred;

c) a description of the injuries Plaintiff suffered; and

d) the relief Plaintiff seeks, such as money damages, injunctive relief, or declaratory relief.

Essentially, Plaintiff's amended complaint should tell the Court: who violated her federally protected rights and how; when and where such violations occurred; and why Plaintiff is entitled to relief.

Because Plaintiff's amended complaint will completely replace, not supplement, the original complaint, any facts or claims that Plaintiff wants to include from the original complaint must be repeated in the amended complaint.[2]

---

[1] In a proposed amended complaint, Plaintiff named Defendants in connection with events unrelated to those allegedly occurring on October 18, 2022, and June 1, 2023. (ECF 10.) Plaintiff should not include those Defendants in the amended complaint.

[2] Plaintiff may wish to contact the City Bar Justice Center ("CBJC"), which operates the SDNY Federal Pro Se Legal Assistance Project to assist self-represented parties with civil cases in this court. Appointments can be scheduled by phone (212-382-4794), by completing the CBJC's intake form, or by email (fedprosdny@nycbar.org). The CBJC is a private organization

## CONCLUSION

Plaintiff is granted leave to file an amended complaint that complies with the standards set forth above. Plaintiff must submit the amended complaint to this Court's Pro Se Intake Unit within sixty days of the date of this order, caption the document as an "Amended Complaint," and label the document with docket number 23-CV-5078 (LTS). An Amended Complaint form is attached to this order. No summons will issue at this time. If Plaintiff fails to comply within the time allowed, and she cannot show good cause to excuse such failure, the complaint will be dismissed for failure to state a claim upon which relief may be granted.[3]

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated: September 15, 2026
New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge

that it not part of the court, and the CBJC's SDNY Federal Pro Se Legal Assistance Project cannot accept filings on behalf of the court.

[3] Because this matter has already been significantly delayed, Plaintiff should make every effort to file the amended complaint within 60 days.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

______________________________________________________
______________________________________________________
______________________________________________________

*(In the space above enter the full name(s) of the plaintiff(s).)*

**-against-**

______________________________________________________
______________________________________________________
______________________________________________________
______________________________________________________
______________________________________________________
______________________________________________________
______________________________________________________
______________________________________________________
______________________________________________________
______________________________________________________

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**____ Civ. ________ ( ____ )**

**AMENDED COMPLAINT**

Jury Trial: ☐ Yes ☐ No
(check one)

**I. Parties in this complaint:**

A. List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff
Name ______________________________________________________
Street Address ______________________________________________
County, City _______________________________________________
State & Zip Code ____________________________________________
Telephone Number ___________________________________________

B. List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1
Name ____________________________________________
Street Address ____________________________________________
County, City ____________________________________________
State & Zip Code ____________________________________________
Telephone Number ____________________________________________

Defendant No. 2
Name ____________________________________________
Street Address ____________________________________________
County, City ____________________________________________
State & Zip Code ____________________________________________
Telephone Number ____________________________________________

Defendant No. 3
Name ____________________________________________
Street Address ____________________________________________
County, City ____________________________________________
State & Zip Code ____________________________________________
Telephone Number ____________________________________________

Defendant No. 4
Name ____________________________________________
Street Address ____________________________________________
County, City ____________________________________________
State & Zip Code ____________________________________________
Telephone Number ____________________________________________

**II. Basis for Jurisdiction:**

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A. What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal Questions ☐ Diversity of Citizenship

B. If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? ____________________________________________

____________________________________________

____________________________________________

C. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship ____________________________________________

Defendant(s) state(s) of citizenship ____________________________________________

____________________________________________

## III. Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? ________________________________

_________________________________________________________________________________

B. What date and approximate time did the events giving rise to your claim(s) occur? ___________

_________________________________________________________________________________

_________________________________________________________________________________

C. Facts: ________________________________________________________________________

**What happened to you?**

**Who did what?**

**Was anyone else involved?**

**Who else saw what happened?**

_________________________________________________________________________________

_________________________________________________________________________________

_________________________________________________________________________________

_________________________________________________________________________________

_________________________________________________________________________________

_________________________________________________________________________________

_________________________________________________________________________________

_________________________________________________________________________________

_________________________________________________________________________________

_________________________________________________________________________________

_________________________________________________________________________________

_________________________________________________________________________________

_________________________________________________________________________________

_________________________________________________________________________________

## IV. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. ________________________________________________

_________________________________________________________________________________

_________________________________________________________________________________

_________________________________________________________________________________

_________________________________________________________________________________

_________________________________________________________________________________

_________________________________________________________________________________

**V. Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation. ______________________________

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this ___ day of _______________, 20___.

Signature of Plaintiff ______________________________

Mailing Address ______________________________

______________________________

______________________________

Telephone Number ______________________________

Fax Number *(if you have one)* ______________________________

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

For Prisoners:

I declare under penalty of perjury that on this _____ day of _________________, 20__, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: ______________________________

Inmate Number ______________________________